# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**IN RE:**

**NELSON D. TANNER, JR. and JUDY E. TANNER, Debtors.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MARK W. SWIMELAR**, Chapter 13 Trustee,

     vs.                                   **CASE NUMBER: 6:10-CV-0763**

**NELSON D. TANNER, JR. and JUDY E. TANNER**,

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the appellant's appeal is DISMISSED.

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 29th day of June, 2010.

DATED: June 30, 2010

*[signature]*
Clerk of Court

s/

_____
Christine Mergenthaler
Deputy Clerk